**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**KIARA SMITH**                                                                                    **PLAINTIFF**

**V.**                                            **NO. 3:07-CV-00049 GTE**

**ANSON BARNEY, et al.**                                                                **DEFENDANTS**

**ORDER**

Before the Court is a Motion to Set Aside Service of Process filed by purported Defendant Anson Barney. Mr. Barney is named as a Defendant, along with Police Officers Billy Joe Hancock and Dusting Lacotts, in Plaintiff's Complaint, filed *pro se*. Plaintiff contends that Officer Barney used excessive force in apprehending her following a car accident. Mr. Barney is sued only in his personal capacity.

The Complaint was served on the Mississippi County Sheriff's Office, via certified mail, on May 17, 2007. The motion indicates that Mr. Barney is no longer employed with Mississippi County. The motion further indicates that upon information and belief, Mr. Barney is currently employed with the Caruthersville Police Department in Caruthersville, Missouri, or the Pemiscot County Sheriff's Department in Missouri.

The Defendant's motion is well-taken and will be granted. Accordingly,

IT IS HEREBY ORDERED THAT the Motion to Set Aside Service (Docket No. 6) be, and it is hereby, GRANTED.

IT IS FURTHER ORDERED THAT the United States Marshal is directed to attempt to confirm Mr. Anson Barney's employment, at one or both of the locations provide above, and to

- 2 -

serve another copy of the Complaint and summons on the Defendant Anson Barney at his current place of employment, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this  3rd   day of August, 2007.

                                          /s/Garnett Thomas Eisele  
                                          UNITED STATES DISTRICT JUDGE