## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**KIARA SMITH**                                                                                           **PLAINTIFF**

**VS.**                                          No. 3:07-CV-00049 GTE

**ANSON BARNEY,**
**BILLY JOE HANCOCK**
**DUSTIN LACOTTS**                                                                      **DEFENDANTS**

### ORDER

Plaintiff Kiara Smith has filed a Motion to Compel seeking to compel Defendant Anson Barney to respond to written discovery. In this Court's Order dated December 19, 2007, the Court relieved Defendant Barney "from any obligation to defend this action until such time as he returns from active duty" with the military. Plaintiff's Motion to Compel (docket # 37) is therefore DENIED as MOOT.

Defendant Barney shall have until thirty (30) days after the stay is lifted to respond to Plaintiff's Request for Production.

When the stay was imposed, it was anticipated that Mr. Barney might complete his military training in January of 2008. It now appears that Mr. Barney has been scheduled for deployment to Iraq in March of 2008. Mr. Barney's counsel is hereby directed to file a Status Report with the Court providing some information on when Mr. Barney may complete his active military duty such that the stay may be lifted.

IT IS SO ORDERED this 19th day of February, 2008.

                                                      /s/Garnett Thomas Eisele
                                                  UNITED STATES DISTRICT JUDGE