IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KIARA SMITH,
ADC 107225                                                                                          PLAINTIFF

V.                              NO. 3:07CV00049 GTE

ANSON BARNEY, BILLY JOE HANCOCK,
and DUSTIN LACOTTS,                                                                        DEFENDANT

ORDER

      This 42 U.S.C. § 1983 case is ready to set for trial. Discovery is complete. The Court granted Summary Judgment as to all Plaintiff's claims except his § 1983 claim for excessive force. (See Doc. #98) That claim must be tried to a jury. The case is not presently scheduled for trial.

      The Court finds that the assistance of counsel would be beneficial to Plaintiff and to the Court. Pursuant to 28 U.S.C. § 1915(e)(1) and Local Rule 83.7, **James D. Robertson, (Attorney ID No. 95181) of Barber, McCaskill, Jones & Hale, P.A., 400 West Capitol Avenue, Suite 2700, Little Rock, Arkansas 72201 (telephone number 501-372-6175)**, is hereby appointed to represent Plaintiff in all further proceedings in this action. The Court will be in touch with counsel for both parties to schedule the case for trial.

      The Clerk of Court is directed to send counsel and Plaintiff a copy of this Order. Counsel is directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through

the Court's web site (www.are.uscourts.gov).[1] Counsel is further advised that he/she is not permitted to withdraw from appointment on the basis of financial contribution to legal service organizations. See March 15, 2007, rescission of General Order No. 35.

**Plaintiff(s) must keep counsel informed of any changes in address, maintain contact with counsel and cooperate fully with counsel in preparation of the case. Failing to do so may result in dismissal of the case with prejudice for failure to comply with Court orders.**

IT IS SO ORDERED this 1st day of April, 2009.

                                                  /s Garnett Thomas Eisele  
                                                UNITED STATES DISTRICT JUDGE

---

[1] After reviewing Local Rule 83.7, counsel may obtain the case file from the Court's PACER system, which may be accessed by registering through the Court's web site. Pleadings may be viewed and printed at a cost of eight cents (8¢) per page. If counsel is unable to access this system, within fifteen days of this order's entry date he should contact Cherie Westbrook, Court Room Deputy Clerk, 501-604-5160 and a printed copy of the file will be provided.