IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KIARA SMITH**  **PLAINTIFF**
**ADC #107225**

VS.   CASE NO. 3:07CV00049 GTE

**ANSON BARNEY, ET AL.**  **DEFENDANTS**

## ORDER

This §1983 case is scheduled for a Jury Trial before U.S. District Judge G. Thomas Eisele on **Wednesday, August 19, 2003 at 8:30 a.m.,** , at U.S. Courthouse, 615 S. Main St., Courtroom #324, Jonesboro, Arkansas. Plaintiff, Mr. Kiara Smith, ADC #107225 is presently housed at the Maximum Security Unit, 2501 State Farm Road, Tucker, Arkansas 72168-8713 and is presently in the control and custody of the Arkansas Department of Correction.

The Arkansas Department of Correction is hereby directed to ensure Plaintiff's appearance at the Jury Trial along with the Plaintiff's complete medical file on August 19, 2009.

IT IS SO ORDERED, this17th day of July, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　__/s/Garnett Thomas Eisele_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE