**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**KIARA SMITH**                                                                                          **PLAINTIFF**

**V.**                                          **NO. 3:07-CV-00049 GTE**

**ANSON BARNEY, BILLY JOE
HANCOCK, AND DUSTIN LACOTTS**                                            **DEFENDANTS**

## JUDGMENT

This action came on for trial on August 19, 2009, before a Jury with the Honorable Garnett Thomas Eisele, United States District Judge, presiding.

After the jury was seated and sworn, the Court, following an oral motion made by Plaintiff's attorney, James Robertson, dismissed Defendant Billy Joe Hancock. The motion was prompted by the fact that Plaintiff, Kiara Smith, after seeing Mr. Hancock in person, stated that he was not the person who was present during the events giving rise to this lawsuit. Accordingly,

IT IS THEREFORE ORDERED that all claims asserted in this lawsuit against Defendant Billy Joe Hancock be, and they are hereby, DISMISSED WITH PREJUDICE.

The issues having been duly tried and the jury having returned a verdict in favor of Defendants Anson Barney and Dustin Lacotts on August 20, 2009,

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff, Kiara Smith, have and recover nothing from Defendants Anson Barney and Dustin Lacotts, and that any and all remaining claims against them asserted in this lawsuit be, and they are hereby DISMISSED

WITH PREJUDICE.

SO ORDERED this 21st day of August, 2009.

                                                                                           /s/Garnett Thomas Eisele
                                                                                         UNITED STATES DISTRICT JUDGE