**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**KIARA SMITH**                                                               **PLAINTIFF**

**V.**                                           **NO. 3:07-CV-00049 GTE**

**ANSON BARNEY, et al.**                                       **DEFENDANTS**

## ORDER RELIEVING COUNSEL

After the jury returned its verdict in favor of the Defendants, the Court advised appointed counsel Jim Robertson in open court, with the Plaintiff Kiara Smith present, that it was relieving him from any further duties in connection with this matter. The Court directs the Clerk of the Court to remove Jim Robertson as the attorney of record for the Plaintiff and to show that Plaintiff Kiara Smith is proceeding *pro se.*

The Court again wishes to express its appreciation to Mr. Robertson for the excellent legal representation he provided Kiara Smith.

The Court directs that Mr. Robertson shall be exempt from any future appointments under Local Rule 83.7 for a period of two years from this date.

IT IS SO ORDERED this 21st day of August, 2009.

                                                                                 _/s/ Garnett Thomas Eisele_____
                                                                                 UNITED STATES DISTRICT JUDGE