**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**


**KIARA SMITH**                                                                              **PLAINTIFF**

**V.**                                          **NO. 3:07-CV-00049 GTE**

**ANSON BARNEY, BILLY JOE
HANCOCK, AND DUSTIN LACOTTS**                                **DEFENDANTS**


<u>**ORDER**</u>

Pending before the Court is the Application of August 28, 2009, by James D. Robertson of Barber, McCaskill, Jones & Hale, P.A. for the reimbursement of out-of-pocket expenses. Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court Orders that the Clerk of the Court disburse money from the Library Fund in the amount of $654.28 and distribute it to the named applicant. A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of Court.

IT IS SO ORDERED this 2nd day of September, 2009.


_____/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE